**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | | **CRIMINAL NO. 3:25-CR-4-TES-CHW** |
| **v.** | ) | |
| **DENZELL OMAR DAVIS** | ) | |

## AMENDED ORDER FOR A PSYCHIATRIC OR PSYCHOLOGICAL

## EXAMINATION

Counsel for Defendant Denzell Omar Davis has moved this Court for a psychiatric/psychological examination of Defendant. Doc. 43. Defendant is charged in the above styled case with Possession of a Firearm by a Convicted Felon, in violation of Title 18, United States Code, Sections 922(g)(l) and 924(a)(2). Doc. 1. Information presented to the Court gives the Court reason to believe that Defendant may be suffering from some mental disease or defect rendering him mentally incompetent to the extent that he is unable 1) to understand the nature and consequences of the proceedings against him or 2) to assist properly in his defense.

The Court determines that Defendant should be examined by a psychiatrist and/or psychologist to determine his competence to assist properly in his own defense and to understand the nature and consequences of the proceedings against him. Therefore, in accordance with the Defendant's Motion, and pursuant to Title 18, United States Code, Sections 4241 and 4247(b) and (c), IT IS HEREBY ORDERED:

1. That at least one licensed psychiatrist or psychologist to be designated by the Bureau of Prisons be, and hereby is, appointed, authorized and directed by the Court to examine the mental condition of Defendant Denzell Omar Davis, and return a psychological or psychiatric report to the Court, counsel for the Defendant, and the counsel for the Government:

2. That the report shall include:

    a. The Defendant's history and present symptoms;

    b. A description of the psychiatric, psychological, and medical tests that were employed and their results;

    c. The examiner's findings;

    d. The examiner's opinions and diagnosis, prognosis, and

        i. Whether the Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him;

        ii. Whether the Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to assist properly in his defense; and

        iii. Whether the Defendant is suffering from a mental disease or defect as a result of which he is in need of custody for care or treatment in a suitable facility. If the Defendant is suffering from a mental disease or defect that does not result in need of custody for

care or treatment in a suitable facility, the examiner shall include their opinion concerning the sentencing alternatives that could best accord the defendant the kind of treatment he does need.

3. That pursuant to Title 18, United States Code, Section 4247(b), the Court commits Defendant to the custody of the Attorney General for a reasonable period, not to exceed thirty (30) days, for placement in a suitable facility.

IT IS FURTHER ORDERED, that two (2) certified copies of the Order be given by the Clerk's Office of the United States District Court to the United States Marshal, Middle District of Georgia, who is hereby directed to convey this Order to at least one (1) licensed psychologist or psychiatrist designated by the Bureau of Prisons and to make such other arrangements without unnecessary delay as are necessary for the examination of the defendant. The period for examining and evaluating Defendant shall not commence until Defendant is received at the facility designated for performing the evaluation.

SO ORDERED, this the __26th__ day of February, 2026.

_s/Tilman E. Self, III_____
TILMAN E. SELF III
UNITED STATES DISTRICT JUDGE